**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

# PACER Cover Sheet
# for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

---

**Case Title:** Kathryn Montoya

**Case Number:** 05-11924

## Document Information

**Description:** Courts BNC Certificate of Service Re: [0-0] 341 Notice . # of Notices: 12 were sent out.

Received on: 2005-03-19 06:24:05.000

**Date Filed:** 2005-03-18 00:00:00.000

**Date Entered On Docket:** 2005-03-19 00:00:00.000

## Filer Information

**Submitted By:** Conversion of Data from ACE legacy system

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

# United States Bankruptcy Court - District of New Mexico
# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at 500 Gold Avenue SW, 10th floor, Albuquerque, NM 87102. The bankruptcy clerk's office is open 8:30 AM to 4:30 PM Monday through Friday, except federal holidays.

## See Reverse Side For Important Explanations

**Debtor(s) name(s):**
**Kathryn Montoya** , SSN XXX-XX-5364 aka/dba: Kathy Montoya Kathrine Montoya Kathyrine Montoya Catherine Montoya

**Debtor(s) address:**
10716 Hatch Drive NW
Albuquerque, NM 87114

**Case Number: 7 - 05 - 11924 - SA** Date Filed: 03/14/05

Attorney for Debtor(s):
P Diane Webb
PO Box 1156
Albuquerque, NM 87103-1156
Telephone: 505-243-0600

**Bankruptcy Trustee:**
Philip J. Montoya
PO Box 159
Albuquerque, NM 87103
Telephone: 244-1152

**Meeting of Creditors: Date:** 04/18/05 **Time:** 09:30 am
**Location:** Office of the U. S. Trustee 421 Gold Avenue SW, Room 103 Albuquerque, NM 87102

## Deadlines:

**Papers must be *received* by the bankruptcy clerk's office by the following deadlines:**

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine the Dischargeability of Certain Debts:**
06/17/05

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically prohibits certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

BY THE COURT

James S. Starzynski
U.S. Bankruptcy Judge

FORM B9A: (196) rev. 12.01.2003

SEE BACK OF THIS NOTICE FOR IMPORTANT INFORMATION

## EXPLANATIONS

Filing of Chapter 7 Bankruptcy Case A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered.

Creditors May Not Take Certain Actions
Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

Meeting of Creditors
A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

Do Not File a Proof of Claim at This Time
There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your claim.

Discharge of Debts
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2) (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy court clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee ($150) by that Deadline.

Exempt Property
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side.

Abandonment
Unless a request for notice is filed and served upon the trustee by a party in interest within 15 days after the date of mailing of this notice, the trustee may abandon any property deemed burdensome or of inconsequential value to the estate without further notice.

Bankruptcy Clerk's Office
Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office.

Legal Advice
The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights

**Refer to Other Side For Important Deadlines and Notices**

**BRING WITH YOU TO THIS MEETING OF CREDITORS:**

Individual debtors are required to provide picture identification and an original document for proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in dismissal of the case.

**Information Availability Notice and Requirements of the UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW MEXICO**

**Internet Privacy Policy**

**Collection of personal data:** The Court's website does not use cookies or any other Web technology to collect personal data from users. The Court logs and monitors web site activity for security purposes only. Log files can only be accessed by federal court personnel. ACE user data and access logs are not sold or disseminated to other organizations or individuals.

**Who can access Court records via the Internet:** An Advanced Court Engineering (ACE) system account must be obtained in order for a user to view court docket sheets and opinions or for a user to electronically file documents with the Court. The account application seeks the following information: name, position, firm/agency, address, telephone number, fax number, and Internet e-mail address. An attorney's or a party's name, address and telephone number are displayed in ACE only to the extent the holder of an account is involved in a case.

**Monitoring of ACE system activity:** All activity on the ACE system is logged and monitored by Court information technology personnel.

**Public records available on Internet:** Most court documents are public records. Users who have an ACE account can view the following documents from the Court's website:

(a) Documents which have been electronically filed (including pleadings, motions, notices, court orders, adversary complaints, and bankruptcy petitions but, so far, not proofs of claims).

(b) All documents filed in adversary proceedings numbered 99-1092 or higher, whether filed manually or electronically.

(c) Court orders, which are generally electronically filed.

(d) The full text of all documents filed after June 1, 2000, in both adversary proceedings and bankruptcy cases, with the exception of proofs of claims.

*Note:* Certain documents are not available for electronic viewing because they are too bulky or unscannable.

**Procedure for seeking exclusion of records from Internet:** A motion to file a document under seal is filed either electronically or in paper format. The Court considers each such motion on its individual merits. The order of the Court authorizing the filing of such document under seal is filed by the Court. A paper copy of the order is attached to the sealed document; the sealed document and attached order are delivered to the Clerk of the Court. See Federal Rule of Bankruptcy Procedure 9018.

**Notice of Availability of Case File Information Via the Internet**

The office of the Clerk makes all pleadings filed after June 1, 2000 available on the Court's Internet website. Case dockets, but not text of pleadings, are also available via WebPACER. Internet users are able to read, download, store and print the full content of electronically filed or imaged documents. Documents that have been sealed or otherwise restricted by court order are not available electronically.

**Judicial Conference Policy on Personal Identifiers in Documents**

The policy of the Judicial Conference of the United States requires that parties either: (1) refrain from including the following personal identifiers from all pleadings filed with the court, including exhibits, or (2) where inclusion is necessary, redact the following personal identifiers from all pleadings filed with the court, including exhibits, whether the pleadings are filed electronically or in paper, unless otherwise ordered by the court. Redacting means the careful editing of a document to remove confidential material; on paper, the material is usually "blacked out" with a marker.

Personal identifiers:

**a. Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number should be used.

**b. Names of minor children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.

**c. Dates of birth.** If an individual's date of birth must be included in a pleading, only the year should be used.

**d. Financial account numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.

The responsibility for redacting these personal identifiers rests solely with parties and their attorneys. The Clerk will not review each pleading for compliance with this policy. Attorneys and parties are cautioned that failure to redact these personal identifiers may subject them to the full disciplinary power of the Court.

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

District/off: 1084-1 User: roseanna Page 1 of 1 Date Rcvd: Mar 16, 2005
Case: 05-11924 Form ID: 196 Total Served: 12

The following entities were served by first class mail on Mar 18, 2005.

| | |
|---|---|
| db | +Montoya, Kathryn, 10716 Hatch Drive NW, Albuquerque, NM 87114-5779 |
| aty | Webb, P Diane, PO Box 1156, Albuquerque, NM 87103-1156 |
| tr | +Montoya, Philip J., PO Box 159, Albuquerque, NM 87103-0159 |
| 2073686 | +CBUSA Sears, P.O. Box 6189, Sioux Falls, SD 57117-6189 |
| 2073685 | +Capital One FSB, P.O. Box 26625, Richmond, VA 23261-6625 |
| 2073687 | +Countrywide Home Loans, 400 Countrywide Way SV-35, Simi Valley, CA 93065-6298 |
| 2073682 | Diane Webb Attorney at Law, P.C., PO Box 1156, Albuquerque, NM 87103-1156 |
| 2073688 | +Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 2073683 | +Internal Revenue Service, 210 E. Earll Drive, M/S 2200 PHX, Phoenix, AZ 85012-2626 |
| 2073681 | NM Taxation & Revenue Department, PO Box 8575, Albuquerque, New Mexico 87198-8575 |
| 2073684 | +NM Taxation & Revenue Department, Bankruptcy/Support, P.O. Box 8575, Albuquerque, NM 87198-8575 |
| 2073680 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2005** **Signature:** Joseph Speetjens